# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:10cr44-MHT |
| ) | (WO) |
| GABRIEL LAMARK COLEMAN ) | |

## ORDER

Upon consideration of the Government's Motion (Doc. #55) to Correct a Clerical Error in the Judgment (Doc. #51) and the Final Order of Forfeiture (Doc. #53) and having determined that the clerical correction will not affect the substantial rights or fundamentally alter the sentence of Defendant Gabriel Lamark Coleman, it is ORDERED that the motion (Doc. #55) is granted as follows:  The Clerk of the Court shall change the letter  "C" to the letter "D" in the serial number in the Judgment (Doc. #51). The corrected serial number shall read TDB5974.

DONE, this the 8th day of November, 2011.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE