# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10cr44-MHT |
| | ) | (WO) |
| GABRIEL LAMARK COLEMAN | ) | |

## CORRECTED FINAL ORDER OF FORFEITURE

WHEREAS, on August 31, 2010, this Court entered a Preliminary Order of Forfeiture (Doc. #28) ordering defendant Gabriel Lamark Coleman to forfeit his interest in the following property: a Smith & Wesson 9mm handgun, bearing serial number TCB5974;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Gabriel Lamark Coleman has an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853. The United States has established the requisite nexus between such property in the commission of the violations of Title 18, United States Code, Section 841(a)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853: **a Smith & Wesson 9mm handgun, bearing serial number TDB5974**[*];

---

[*]Pursuant to the Government's Motion to Correct Clerical Error in Judgment and Final Order of Forfeiture, the letter "C" has been changed to the letter "D" to reflect the correct serial number on the firearm.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 8th day of November , 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE